# United States District Court

## *Southern District of Georgia*

TMX Finance LLC and Titlemax Funding, Inc.,

_____
Plaintiff

v.

Wendy Spicher, in Her Official Capacity as Secretary of the
_____
Defendant

Case No. 4:24-cv-00175-RSB-CLR

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 27th day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Ryan Joseph Strasser

Business Address: Troutman Pepper Hamilton Sanders LLP
Firm/Business Name

1001 Haxall Point
Street Address

| 15h floor | Richmond | VA | 23219 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

804-697-1478
Telephone Number (w/ area code)        Georgia Bar Number

Email Address: ryan.strasser@troutman.com