# United States District Court
## Southern District of Georgia

TMX Finance LLC and Titlemax Funding, Inc.,

__Plaintiff__

v.

Wendy Spicher, in Her Official Capacity as Secretary of the Pennsylvania Department of Banking and Securities

Defendant

Case No. 4:24-cv-00175-RSB-CLR

Appearing on behalf of

Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __7th__ day of __October__, __2024__.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Ashley L. Taylor, Jr.

Business Address: Troutman Pepper Hamilton Sanders LLP
Firm/Business Name

1001 Haxall Point
Street Address

15th Floor | Richmond | VA | 23219
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

804-697-1200
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: ashley.taylor@troutman.com